"Charater Witness" = 12-16-15  14,989-11

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta. Clerk

To: Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

Re: Trial Court Case # 1997-CR-0912-W6

For the Records:
I was notified by this Court of Applicant
Criminal Appeals, that Applicant Criminal
Appligation of Writ of Habeas Corpus, did not
have no Writ of Habeas Corpus filed in the
Court of Criminal Appeals in Austin, Texas.
To Be Noted: "Expose open Court Value Accuracy"
On this 10 day of Feb. 2005, Judge Sharon Macrae
290th Judicial District Court, Bexar County
Texas, Acknowledge that applicant has filed a
Pro-Se application for a post conviction "Writ
of Habeas Corpus, pursuant to the Texas Code
of Criminal Procedure, in cause # 1997-CR-0912-
W6, See Tex Code Criminal Proc. Ann Art.
11.07 (Vernon Supp 2004)
(Allegation) Request to know how do you C.
of C.A., do your thorough search of your records
and files. Its obvious that you'll have the
Originals filed already now "you'll say that
you'll dont know nothing "tampering Claims",
An ole practice of Violations, the painful
truth! (Documented) Quote: applicant has been
fighting - appealing this Case # 97-CR-0912-W6,
Since 01-2-1997 on Actional Innocence Claim!
Applicant is challenging your thorough
searved-search. there are Muti mistakes & errors
(Page 1)

For example, Applicant was denied one year day for day County Jail time served Was denied a whole year. (Deliberate Indifference) If you'll would have done your job in a Professional manner Applicant could have been release years ago! "Cruel and Unusual Punishment. Documented" Read Case #97-CR-0912-W6, word for word, and you'll will see for yourself that this is a VOID Case #97-CR-0912-W6. (Documented.) "Compentation is overdue" Documentation! the Courts are acting with Criminal intent! "Obstructing a Investigation" feeling a draft of Courts, Wrong doing" Sufficient witnesses testifying to Applicant good Appeal (Documented) the Courts of San Antonio, texas have your appeals Courts in Austin, texas; have your appeals filed. (Write to them-applicant did. Documents!) yes Indeed Applicant is having a big problem with the state of texas Courts. Applicant would like for you'll to (Review) this matter... Life Endangerment. (Documented) "Overdue Settlement" Applicant is asking for unspecified damages...

Certificate of Service

I Applicant, declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.                    Rodolfo B. Martinez 12-16, 2015.
I Applicant certify that a true and correct copey of the foregoing Writ of Habeas Corpus was served upon the following by placing same to the Court of Criminal Appeals, Austin, texas 28314, and property affixed. Rodolfo B. Martinez 12-16-2015           Sincerely,
Please Acknowledge                                         Rodolfo B. Martinez
"12-16-2015"        (Page 2)        611 Pecan Valley Apt. San Antonio, texas

"Official Card"
(Exhibit A)    "Exposing" "evidence"
Newly found Evidences.    (Documented)

P.S. Punishment and Retaliation by these courts
   How can you - Court of Criminal Appeals,
say, we dont have your Writ of Habeas Corpus
Case #1992-CR-0912-W6... When in fact, the San
Antonio, Texas Courts said, we got a bunch of your
Legal Materials, it cost about $7700 to obtain
them, Writs of Habeas Corpus, especially. Plus,
they cannot be altered. (Documented!) You'll
made me stay in T.D.C.J and Bexar County Jail
for over 14-years on a false Incarceration.
(Documented!) The Courts of San Antonio, Texas
stated that the Courts of Criminal Appeals hads
all your Legal materials Austin, texas")
As a matter of fact, appliant hads a (Card, Court
of Criminal Appeals, Austin, texas 78711
   Stating)    (Legal Injury)
Re: Writ No. WR-14,989-11
Style: Martinez, Rudolfo
Trial CT No: 1992-CR-0912-W6
   this is to advise that the Court has denied
without written order the motion for leave
to file the original application for writ
of habeas corpus
   Louise Pearson, Clerk

San Antonio, tex Courts say
Austin texas courts   Rudolfo Martinez
of Criminal Appeals   222 Pickwell
hads ALL my Legal   San Antonio, texas 78223.
papers. I got the proof - prevas!
the Courts Blanket Dismissed, is impermissilly
   by courts Law! (Documented!)
(Please Explain) (Page 3.)



NO. 1997-CR-0912-W2

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 290TH JUDICIAL DISTRICT |
| RUDOLFO MARTINEZ | § | BEXAR COUNTY, TEXAS |

## O R D E R

Applicant, Rudolfo Martinez, has filed pro-se an application for a post-conviction writ of habeas corpus pursuant to the Texas Code of Criminal Procedure, in cause number **1997-CR-0912**. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2004).

## HISTORY OF THE CASE

On February 9, 1999, Applicant pled guilty to possession of heroin under 1 gram (habitual). On February 11, 1999, the Court sentenced Applicant to **three (3) years in the Texas Department of Criminal Justice - Institutional Division.** No direct appeal was taken. This application for writ of habeas corpus was filed on December 13, 2004. A copy of the application was received by the District Attorney on December 17, 2004.

## ALLEGATION OF APPLICANT

Applicant alleges that he was denied jail time credit on his sentence for time spent in custody on a blue warrant from January 1, 1997, to April 21, 1999.

# FINDINGS OF FACTS & CONCLUSIONS OF LAW

1. TDCJ records indicate Applicant discharged this sentence on December 28, 2000.

2. Applicant discharged this sentence on December 28, 2000, rendering this application for writ of habeas corpus moot.

3. Therefore, it is recommended that this application be, **DISMISSED**.

# O R D E R S

The District Clerk of Bexar County, Texas, is hereby ordered to prepare a copy of this document, together with any attachments and forward the same to the following persons by mail or the most practical means:

a. The Court of Criminal Appeals
Austin, Texas 78711

b. Judge Susan D. Reed
Criminal District Attorney
Cadena - Reeves Justice Center
Bexar County, Texas 78205

c. Rudolfo Martinez
**TDCJ-ID# 340699**
**264 FM 3478 Rd.**
**Huntsville, Texas 77320**

SIGNED, ORDERED and DECREED this ___10___ day of ___Feb___, 20_05_.

_____
**JUDGE SHARON MACRAE**
290 ~~187~~TH Judicial District Court
Bexar County, Texas

2